JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVEON SURGERY CENTER, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, CONNECTICUT GENERAL LIFE INSURANCE COMPANY, and DOES 1-100,<br><br>    Defendants. | Case No. 2:23-cv-00377-MWF(MARx)<br><br>**ORDER GRANTING JOINT MOTION AND APPLICATION FOR DISMISSAL WITH PREJUDICE** |

The Court, having considered the Joint Motion and Application for Dismissal with Prejudice (Docket No. 40), and finding good cause therefore, hereby ORDERS that this matter is DISMISSED WITH PREJUDICE.  Each Party is to bear its own attorney's fees, costs and expenses.

IT IS SO ORDERED.

Dated: March 25, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge

1